IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**QIERAN GARDNER** **PLAINTIFF**

v. No. 4:22CV15-RP

**MISSISSIPPI STATE PAROLE BOARD**
**SUPERINTENDENT STEVE PICKETT** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 13th day of July, 2022.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE